IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SEAN M. DONAHUE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF** | : | **NO. 15-5147** |
| **LABOR AND INDUSTRY** | : | |

## ORDER

**AND NOW**, this 14th day of October 2015, upon consideration of Plaintiff's Motion to Proceed *in forma pauperis* and his *pro se* Complaint (ECF Doc. No. 1), and for the reasons in the accompanying Memorandum, it is **ORDERED**:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Plaintiff, Sean M. Donahue, #85,966, shall pay the full filing fee of $350 in installments under 28 U.S.C. § 1915(b). Based on Plaintiff's submitted financial information, we do not assess an initial partial filing fee. The Warden or other appropriate official at the Dauphin County Prison or at any other prison at which Plaintiff may be incarcerated shall deduct from Plaintiff's inmate trust fund account, each time Plaintiff's inmate trust fund account exceeds $10, an amount no greater than twenty (20%) percent of the money credited to his account during the preceding month and forward this amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 15-5147 until he satisfies the obligation of paying his filing fee.

3. The Clerk of Court is directed to send a copy of this Order to the Warden of the Dauphin County Prison.

4. The Complaint is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(i).

5. The Court certifies any appeal from this Order would be frivolous and would not be taken in good faith particularly mindful of Plaintiff's multiple litigation tactics in other courts similarly dismissed on immunity grounds. *See* Fed. R. App. P. 24(a)(3).

6. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.